**UNITED STATES of America, Appellee**

v.

**Roger Talbot HAMMARLUND, II, Appellant.**

**No. 05–3043.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 6, 2006.

Roy Wallace McLeese, III, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

A.J. Kramer, Federal Public Defender, Mary Manning Petras, Federal Public Defender, Washington, DC, for Appellant.

## ORDER

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.